BRUCE F. SHERMAN  5996
Attorney at Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel: (808) 599-3955/Fax: (808) 599-3944
E-mail: failey52@hawaii.rr.com

Attorney for Plaintiff
J. COURTNEY FITZSIMMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| J COURTNEY FITZSIMMONS, | ) | CIVIL NO. 04-00068 SPK/LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | PLAINTIFF'S NOTICE OF |
| REUBEN'S MEXICAN | ) | DISMISSAL OF ACTION |
| RESTAURANT I LLC and | ) | WITH PREJUDICE AS TO |
| REUBEN'S MEXICAN FOOD II | ) | ALL CLAIMS AND PARTIES |
| LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS
TO ALL CLAIMS AND PARTIES

   Comes now the Plaintiff, by and through her attorney of record, Bruce F.

Sherman and dismisses the above-captioned action with prejudice as to all claims

and parties. This Notice of dismissal is made pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

DATED:  Honolulu, Hawaii, _____2006.

                                                _____/S/_____
                                                BRUCE F. SHERMAN
                                                Attorney for Plaintiff
                                                J COURTNEY FITZSIMMONS